

FILED
2025 JUN -2 AM 9:51
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee
_____ Division

Daniel Nelson

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

City of Nashville-County of Davidson, D.C.S.O. employee or officer Velika Pierce, D.C.S.O. employee or officer D. Manning, D.C.S.O. employee or officer S.D. Ferguson

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:25-CV-0604 (KC)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Daniel Nelson, Tennessee State Citizen |
| Address | c/o 73 White Bridge Road |
| | Nashville, Tn 37205 |
| | City / State / Zip Code |
| County | Davidson County, Tennessee |
| Telephone Number | 202-681-8223 |
| E-Mail Address | dnels1@vt.edu |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | City of Nashville/County of Davidson |
| Job or Title *(if known)* | |
| Address | 700 President Ronald Reagan Way, Davidson County Clerk |
| | Nashville, Tn 37210 |
| | City / State / Zip Code |
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-6050 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Velika Pierce |
| Job or Title *(if known)* | Case Manager, Davidson County Sheriff's Office |
| Address | 200 James Robertson Pkwy |
| | Nashville, Tn 37201 |
| | City / State / Zip Code |
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-7400 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity  [✓] Official capacity

Defendant No. 3
Name: D. Manning
Job or Title (if known): Davidson County Sheriff's Office Officer
Address: 200 James Robertson Pkwy
City: Nashville  State: Tn  Zip Code: 37201
County: Davidson County, Tennessee
Telephone Number: 615-862-7400
E-Mail Address (if known):

[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: SD Ferguson
Job or Title (if known): Davidson County Sheriff's Office Officer
Address: 200 James Robertson Pkwy
City: Nashville  State: Tn  Zip Code: 37201
County: Davidson County, Tennessee
Telephone Number: 615-862-7400
E-Mail Address (if known):

[✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
mistreatment of prisoner/inmate including but not limited to assault and violation of religious rights and freedom of religion

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
- the assault was committed by Davidson County Sheriff's Office Officer D. Manning while D. Manning was exercising power given to him by a state or local government.
- the violation of religious rights and violation of religious freedom was committed by Davidson County Sheriff's Office Case Manager Velika Pierce and Officer SD Ferguson while they each separately were exercising power given to them by a state or local government.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
200 James Robertson Pkwy, Nashville, Tennessee, Davidson County

B. What date and approximate time did the events giving rise to your claim(s) occur?
continuous mistreatment each and every day of detainment beginning on May 21, 2024 through release on June 06, 2024. during this period, assault and violation of religious freedom/violation of religious rights was committed.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
1. assault committed by D.C.S.O. Officer D. Manning. complaint filed while in detention - record of complaint/grievance has gone missing. Notice(s) given...
2. violation of religious rights/violation of religious freedom by D.C.S.O. Case Manager Velika Pierce - records documenting actions partially released, still awaiting full fulfillment, Notice(s) given...
3. violation of religious rights/violation of religious freedom by D.C.S.O. Officer SD Ferguson, records documenting actions released including a falsified record created by SD Ferguson.

numerous notices have been sent via USPS Certified Mail and via e-mail messages to Sheriff Daron Hall and Velika Pierce, and D.C.S.O. Legal staff/counsel, advising that inmate records releases were incomplete and documents/records are MISSING. NOTICE given in the nature of Cease and Desist any spoliation. records/documents still missing, agency very uncooperative in producing records, I respectfully request any due tolling in determining statue of limitations - I request all charges heard.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
 injuries did occur to be reviewed by the court/jury.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
 damages are being sought in an amount to be determined by the jury/court.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/02/2025

Signature of Plaintiff: *All Rights Reserved and rights reserved Dan'l:Nelson*

Printed Name of Plaintiff: Daniel:Nelson, Tennessee State Citizen

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
  City / State / Zip Code
Telephone Number: _____
E-mail Address: _____