

# U.S. District Court

## Tennessee Middle - Nashville

Receipt Date: Jun 2, 2025 11:05AM

Daniel Nelson
73 White Bridge Road
Suite 103
Nashville, TN 37205

| Rcpt. No: 300005743 | Trans. Date: Jun 2, 2025 11:05AM | | | Cashier ID: #MG (4569) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| **CD** | **Tender** | | **Amt** |
|---|---|---|---|
| CA | Cash | | $405.00 |
| | | Total Due Prior to Payment: | $405.00 |
| | | Total Tendered: | $405.00 |
| | | Total Cash Received: | $405.00 |

**Comments:** Filing fee for Daniel Nelson, Case No. 3:25-cv-0604

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.