3:25-cv-0604 (Kc)

Office of the
CLERK OF COURT



FILED

2025 JUN -2 AM 9: 50
615-736-5498
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## CONSENT TO ELECTRONIC SERVICE

Case No. _____    Print Full Name: Daniel Nelson, Tennessee State Citizen

I consent to receive electronic service of all documents filed in this case via the Court's Electronic Case Management (ECF) system.

All notices and electronic filings for the above-captioned case(s) should be sent to me at the email address below.

I understand that I will no longer receive paper copies of any documents issued by the court or electronically filed by other parties to this case.

I understand that this consent applies only to the case listed above, and that if I file additional cases in which I would like to receive electronic service of documents, I must file a consent form in each case.

I understand that I will receive a notice of electronic filing by e-mail when the court enters an order, or when a party files a document through CM/ECF. Upon receipt of the notice of electronic filing by e-mail, I will be permitted one "free look" at the filed document by clicking on the hyperlinked document number, and I must download the document to my own files to access it again without charge. I understand that one 'free look' and opportunity to download the document will expire 14 days from the date the notice was sent.

If my email address changes, I must promptly notify the Clerk in writing of my new email address. It is my responsibility to ensure that the Court has my correct email address so that I receive all filings in a timely manner.

I must promptly notify the Clerk in writing if I want to withdraw my consent to electronic service. I understand that withdrawal of consent will be effective as of the date and time the notice is docketed in my case.

Date: June 02, 2025    Signature: All Rights Reserved and all rights reserved, Dan'l Nelson

Telephone: 202-681-8223    E-mail Address: dnels1@vt.edu

Mailing Address: c/o 73 White Bridge Road, Suite 103-167, Nashville, TN, [37205]