IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANIEL NELSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:25-cv-00604 |
| CITY OF NASHVILLE - COUNTY OF | ) |
| DAVIDSON, et al., | ) Judge Trauger |
| Defendants. | ) Magistrate Judge Holmes |

## MOTION

Pro Se Plaintiff Daniel Nelson files this motion to request an additional 30 days to fulfill Judge Trauger's June 17th, 2025, Order for No. 3:25-cv-00604.

Plaintiff Daniel Nelson requests this additional 30 days due to the following technical issues and errors outside of Plaintiff's control:

**1.)** Plaintiff did not receive timely notification of Judge Trauger's June 17th, 2025, Order given that the Court, upon Plaintiff's June 2nd, 2025, inital filing, mis-recorded Plaintiff's email address as "dnelson1@vt.edu" instead of how Plaintiff stipulated his correct email address on said intial filing page 2 of 6 (correct email: dnels1@vt.edu). Please see the included June 29th, 2025, Notice to the Clerk and please see the included June 2nd, 2025, initial filing page 2 of 6 stipulating email address as dnels1@vt.edu.

**2.)** As of June 30, 2025, Plaintiff Daniel Nelson has not received the blank summons (AO

1

440) from the Clerk as ordered by Judge Trauger in her June 17th, 2025, Order. The Clerk was notified of said missing summons in Plaintiff Daniel Nelson's June 29th, 2025, Notice to the Clerk/Court, included herein.

3.) Plaintiff Daniel Nelson has expressed a need to the Court and Clerk for searching this Court's existing court records utilizing the on-site computer that is mentioned on this Court's Web site as being available for the public and for Pro Se litigants to utilize for purposes such as keeping track of case dockets and for research purposes. The Court and the Clerk responded to Plaintiff Daniel Nelson's query by stating that no such computer is available due to this Court's facility having had flood or water damage. The Clerk replied to Plaintiff Daniel Nelson stating no date is expected for such an on-site computer to be made available to the public or Pro Se Plaintiffs.

Plaintiff asks for this extension to Judge Trauger's June 17th, 2025, Order for the purposes of properly facilitating the proceedings of No. 3:25-cv-00604, and asks for said extension due to unforseen technical issues and errors outside of the Plaintiff's control.

**I ask for this,**

*(signature: Daniel Nelson)*

Daniel Nelson, Pro Se Plaintiff, Tennessee State Citizen

# No. 3:25-cv-00604: Pro Se Plaintiff Nelson's issues with access

1 message

**dnels1@vt.edu** <dnels1@vt.edu>  Sun, Jun 29, 2025 at 7:52 AM
To: roxann_harkins@tnmd.uscourts.gov
Cc: patty_jennings@tnmd.uscourts.gov, publicaccess@tnmd.uscourts.gov

NOTICE JUNE 29, 2025:

To: Judge Aleta A. Trauger and Clerk Roxann Harkins.

From: Pro Se Litigant/Plaintiff Daniel Nelson

Dear Madams,
I write this email to document three issues I have had as a Pro Se litigant so far:
1.) In response to Aleta A. Trauger's June 17, 2025, Order, I, Plaintiff Daniel Nelson, have not received, via U.S.P.S. mail, the issue summonses as described on page 2 of Judge Trauger's June 17th Order's instruction to Clerk.
2.) After the initial filing on June 02, 2025, my e-mail address was mis-recorded electronically by Clerks' staff and I did not receive timely notification of Judge Trauger's June 17, 2025, Order. Days later I discovered this error and stopped by in-person and had them correct the mis-recorded email address to this email address from which I write now: dnels1@vt.edu.
3.) I have inquired with the Court about the need to use the Court's provided on-site computer for searching purposes. I queried the Court about when such a computer could be made available to me. Clerk staff replied and responded to this query and said that no such computer is available and staff indicated they currently have no expectation of a date when such a computer will be made available.
    Respectfully and Sincerely,
    Plaintiff Daniel Nelson, Pro Se Litigant
    202-681-8223
    dnels1@vt.edu

END NOTICE dated June 29, 2025.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Daniel Nelson, Tennessee State Citizen |
| Address | c/o 73 White Bridge Road |
| | Nashville, Tn 37205 |
| | *City / State / Zip Code* |
| County | Davidson County, Tennessee |
| Telephone Number | 202-681-8223 |
| E-Mail Address | dnels1@vt.edu ← correct email |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Nashville/County of Davidson |
| Job or Title *(if known)* | |
| Address | 700 President Ronald Reagan Way, Davidson County Clerk |
| | Nashville, Tn 37210 |
| | *City / State / Zip Code* |
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-6050 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity  [✓] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Velika Pierce |
| Job or Title *(if known)* | Case Manager, Davidson County Sheriff's Office |
| Address | 200 James Robertson Pkwy |
| | Nashville, Tn 37201 |
| | *City / State / Zip Code* |
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-7400 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity  [✓] Official capacity

# U.S. District Court
# Middle District of Tennessee (Nashville)
# CIVIL DOCKET FOR CASE #: 3:25-cv-00604

Nelson v. City of Nashville - County of Davidson et al
Assigned to: District Judge Aleta A. Trauger
Referred to: Magistrate Judge Barbara D. Holmes
Cause: 42:1983 Civil Rights Act

Date Filed: 06/02/2025
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Daniel Nelson**                          represented by **Daniel Nelson**
                                                          73 White Bridge Rd
                                                          Suite 103-167
                                                          Nashville, TN 37205
                                                          202-681-8223
                                                          Email: dnelson1@vt.edu
                                                          PRO SE

*[handwritten annotation: "← incorrectly recorded; from 02, 2025, June 2 filing initiating"]*

V.

**Defendant**

**City of Nashville - County of Davidson**

**Defendant**

**Vaelika Pierce**
*D.C.S.O. employee or officer*

**Defendant**

**D. Manning**
*D.C.S.O. employee or officer*

**Defendant**

**S.D. Ferguson**
*D.C.S.O. employee or officer*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2025 | 1 | COMPLAINT against City of Nashville - County of Davidson, S.D. Ferguson, D. Manning, Vaelika Pierce (Filing fee $405, Receipt number 300005743), filed by Daniel Nelson. (Attachments: # 1 Attachment - Receipt, # 2 Attachment - Civil Cover Sheet)(kc) (Entered: 06/03/2025) |
| 06/02/2025 | 2 | Pro Se Consent to Electronic Service by Daniel Nelson. (kc) (Entered: 06/03/2025) |
| 06/03/2025 | 3 | NOTICE OF ADMINISTRATIVE ORDER NO. 217 to parties re obligation of counsel to keep Court apprised of current contact information. (kc) (Entered: 06/03/2025) |
| 06/03/2025 | 4 | NOTICE/INFORMATION regarding Consent of the Parties to the Magistrate Judge. (kc) (Entered: 06/03/2025) |
| 06/03/2025 | | Notice mailed to pro se party regarding filing of new case (docket sheet & certificate of service form included). (kc) (Entered: 06/03/2025) |
| 06/17/2025 | 5 | ORDER: Because the plaintiff paid the full civil filing fee (Doc. No. 1 -1) and was not incarcerated at the time he filed his complaint, there is no required screening of this pro se, nonprisoner complaint. Accordingly, the Clerk is DIRECTED to send the plaintiff a blank summons (AO 440) for each of the defendants. The plaintiff MUST complete the summonses and return them to the Clerk's Office within 30 DAYS of the entry of this order. Upon return of the properly completed summonses, the Clerk is DIRECTED to issue summonses to the plaintiff for service on the defendants. This action is REFERRED to the Magistrate Judge to oversee service of process, to enter a scheduling order for the management of the case, to dispose or recommend disposition of any pretrial motions under 28 U.S.C. §§ 636(b)(1)(A) and (B), and to conduct further proceedings, if necessary, under Rule 72(b) of the Federal Rules of Civil Procedure and the Local Rules of court. Signed by District Judge Aleta A. Trauger on 06/17/2025. (xc:Pro se party by regular mail along with summons for each defendant.) (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(ad) (Entered: 06/17/2025) |

PACER Service Center

Transaction Receipt

06/20/2025 18:58:45

| PACER Login: | UCSSS1308 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:25-cv-00604 |

CM/ECF - NG V1.8.3 (January 2025)

| Billable Pages: | 2 | Cost: | 0.20 |

## on-site computer for searching?

5 messages

---

**dnels1@vt.edu** <dnels1@vt.edu>  Fri, Jun 13, 2025 at 4:10 PM
To: copyrequest@tnmd.uscourts.gov

Hello,
Today I stopped by 719 Church St. Clerk's Office to use the on-site computer for searching purposes. After finding that there is currently no computer for searching and seeing that the clerk's window was closed, I was then told by some folks in the hallway that the computer had been removed and was not available and that no other rooms have such a computer. Is there another computer available soon on-site that I may use to do some searching that I require doing for reasons related to my action I filed with this courthouse, please?
t.y. in advance,
 - Daniel Nelson
202-681-8223
dnels1@vt.edu


All Rights and rights Reserved/reserved.

---

**dnels1@vt.edu** <dnels1@vt.edu>  Mon, Jun 16, 2025 at 7:34 PM
To: copyrequest@tnmd.uscourts.gov

hi, hello, please?
On Friday June 13, 2025, I stopped by 719 Church St. Clerk's Office to use the on-site computer for searching purposes. After finding that there is currently no computer for searching and seeing that the clerk's window was closed, I was then told by some folks in the hallway that the computer had been removed and was not available and that no other rooms have such a computer. Is there another computer available soon on-site that I may use to do some searching that I require doing for reasons related to my action I filed with this courthouse, please?
t.y. in advance,
 - Daniel Nelson
202-681-8223
dnels1@vt.edu
[Quoted text hidden]

---

**Caylor Haynes** <Caylor_Haynes@tnmd.uscourts.gov>  Wed, Jun 18, 2025 at 9:46 AM
To: "dnels1@vt.edu" <dnels1@vt.edu>
Cc: Sabrina Brewer <Sabrina_Brewer@tnmd.uscourts.gov>

Good morning,


Unfortunately, we do not have computers available for public access at this time.


Thank you,


*Ms. Caylor Haynes*

Civil Case Administrator

United States District Court

Middle District of Tennessee

719 Church Street, Suite 1300

Nashville, TN 37203

(615) 736-5498

**From:** dnels1@vt.edu <dnels1@vt.edu>
**Sent:** Monday, June 16, 2025 7:34 PM
**To:** TNMDdb_CopyRequests <CopyRequest@tnmd.uscourts.gov>
**Subject:** Re: on-site computer for searching?

**CAUTION - EXTERNAL:**
[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**dnels1@vt.edu** <dnels1@vt.edu>                                    Thu, Jun 26, 2025 at 4:08 PM
To: Caylor Haynes <Caylor_Haynes@tnmd.uscourts.gov>
Cc: Sabrina Brewer <Sabrina_Brewer@tnmd.uscourts.gov>

Is there an estimated date for your Clerk to expect a new public search computer to be set up, please?
[Quoted text hidden]

---

**Caylor Haynes** <Caylor_Haynes@tnmd.uscourts.gov>                  Thu, Jun 26, 2025 at 4:10 PM
To: "dnels1@vt.edu" <dnels1@vt.edu>
Cc: Sabrina Brewer <Sabrina_Brewer@tnmd.uscourts.gov>

Good afternoon,

Unfortunately, we do not have an estimated date currently for computers for public use.

[Quoted text hidden]