IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| DANIEL NELSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:25-cv-00604 |
| CITY OF NASHVILLE - COUNTY OF | ) | |
| DAVIDSON, et al., | ) | Judge Trauger |
| Defendants. | ) | Magistrate Judge Holmes |

## MOTION

Pro Se Plaintiff Daniel Nelson files this motion to request eFile access for No. 3:25-cv-00604.

I ask for this,

_Daniel Nelson_

Daniel Nelson, Pro Se Plaintiff, Tennessee State Citizen

1