IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **DANIEL NELSON** ) | |
| ) | |
| v. ) | Case No. 3:25-cv-00604 |
| ) | Trauger/Holmes |
| **CITY OF NASHVILLE – COUNTY OF** ) | |
| **DAVIDSON** *et al.* ) | |

# O R D E R

By Order entered June 17, 2025 (Docket Entry No. 5), this *pro se* case was referred to the Magistrate Judge for pretrial proceedings. Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, the parties in this case are exempt from the initial disclosures required by Rule 26(a) and the requirements of Rule 26(f). Pursuant to Local Rule 16.01(c)(1), this case is also exempt from customized case management. At the appropriate time, the Court will enter a scheduling order that sets out the pre-trial deadlines for the progression of this case.

Plaintiff's motion (Docket Entry No. 6) for an extension of time to return service packets is **GRANTED** *nunc pro tunc*. The docket reflects that summons have now been issued and returned to Plaintiff. As Plaintiff was already advised, he is responsible for serving Defendants with process in accordance with Rule 4 of the Federal Rules of Civil Procedure. Failure to timely and properly serve process upon Defendants may result in the dismissal of this case.

Plaintiff's motion (Docket Entry No. 7) to request "e-file access" is **GRANTED** to the extent that Plaintiff is requesting to use the electronic filing system. Plaintiff may utilize the Court's Pro Se Electronic Filing Portal ("Pro Se Filing Portal"), which is available via the Court's website at https://www.tnmd.uscourts.gov/pro-se-electronic-filing-portal. However, before using the Pro Se Filing Portal, Plaintiff must first: (1) watch a short training video, (2) carefully read the

answers to all of the frequently asked questions, and (3) carefully review the filing instructions. The video, frequently asked questions, and filing instructions are all available via the link provided above.

**Any party objecting** to this Order must do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The objections/motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for the objection. *See* Rule 72.01(a) of the Local Rules of Court. Responses to the objections/motion for review must be filed within fourteen (14) days of service of the motion for review. *See* Rule 72.01(b) of the Local Rules of Court.

It is **SO ORDERED**.

_____
BARBARA D. HOLMES
United States Magistrate Judge

2

Case 3:25-cv-00604    Document 10    Filed 08/25/25    Page 2 of 2 PageID #: 35