AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Tennessee

| | |
|---|---|
| Daniel Nelson _____ ) | |
| _Plaintiff_ ) | |
| ) | |
| v. ) | Civil Action No. 3:25-cv-00604 |
| ) | |
| City of Nashville/Davidson County, et al. ) | |
| _Defendant_ ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

City of Nashville/Davidson County, et al.
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee, 37219-6300

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Nelson
c/o 73 White Bridge Road
Suite 103-167
Nashville, Tennessee, [37205]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/14/25 _____

_Signature of Clerk or Deputy Clerk_

RETURN COPY

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Nashville / Davidson County, et al.
was received by me on *(date)* August 14th, 2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Mail Restricted Delivery
tracking number 9589 0710 5270 1982 4379 73
served/sent August 18th 2025 to: Supervisor, Department of Law
One Public Square, Suite 108, Metropolitan Courthouse, Nashville, Tennessee
My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 18th, 2025

_____Daniel Nelson_____
Server's signature

Daniel Nelson, Plaintiff Pro Se
Printed name and title

c/o 73 White Bridge Road, Suite
103-167, Nashville, Tennessee, [37205]
Server's address

Additional information regarding attempted service, etc:

n/a

# USPS Tracking®

Remove ✕

Tracking Number:

## 9589071052701982437973

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 7:28 am on August 26, 2025 in NASHVILLE, TN 37219.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Post Office**
NASHVILLE, TN 37219
August 26, 2025, 7:28 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package/)

Feedback

**Text & Email Updates**                                    ⌄

**USPS Tracking Plus®**                                     ⌄

**Product Information**                                     ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

CERTIFIED MAIL®



9589 0710 5270 1982 4379 73

Daniel: Nelson
c/o 73 White Bridge Road, STE 103-167
Nashville, Tennessee, [37205]

To: Supervisor, Department of Law
One Public Square
Suite 108
Metropolitan Courthouse
Nashville, Tennessee, 37201

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of Law
Supervisor
One Public Square, Suite 108
Metropolitan Courthouse
Nashville, Tennessee, 37201

9590 9402 9263 4295 2062 20

2. Article Number (Transfer from service label)
9589 0710 5270 1982 4379 73

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**UNITED STATES POSTAL SERVICE®**

CHURCH STREET
1718 CHURCH ST
NASHVILLE, TN 37203-9998
www.usps.com

08/18/2025                          08:07 AM
-------------------------------------------
           TRACKING NUMBERS
      9589 0710 5270 1982 4379 73
-------------------------------------------
  TRACK STATUS OF ITEMS WITH THIS CODE
            (UP TO 25 ITEMS)



-------------------------------------------
      TRACK STATUS BY TEXT MESSAGE
   Send tracking number to 28777 (2USPS)
  Standard message and data rates may apply
-------------------------------------------
        TRACK STATUS ONLINE
   Visit https://www.usps.com/tracking
     Text and e-mail alerts available
-------------------------------------------
            PURCHASE DETAILS
-------------------------------------------
Product          Qty   Unit      Price
                       Price
-------------------------------------------
First-Class Mail®  1             $2.17
Large Envelope
     Nashville, TN 37201
     Weight: 0 lb 2.10 oz
     Estimated Delivery Date
     Wed 08/20/2025
     Certified Mail®             $5.30
          Tracking #:
          9589 0710 5270 1982 4379 73
     Return Receipt              $4.40
          Tracking #:
          9590 9402 9263 4295 2062 20
Total                           $11.87

-------------------------------------------
Grand Total:                    $11.87
-------------------------------------------
Credit Card Remit               $11.87
     Card Name: VISA
     Account #: XXXXXXXXXXXXX8226
     Approval #: 090749
     Transaction #: 712
     AID: A0000000980840          Chip
     AL: US DEBIT
     PIN: Not Required
-------------------------------------------

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

-------------------------------------------

UFN: 476161-0213
Receipt #: 840-53700838-1-6858897-2
Clerk: 05



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Nashville, TN 37201

| Certified Mail Fee | $5.30 |
| --- | --- |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☑ Return Receipt (hardcopy) | $_____ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☑ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☑ Adult Signature Restricted Delivery | $0.00 |
| Postage | $2.17 |
| $ | |
| Total Postage and Fees | |
| $11.87 | |

Sent To
Supervisor, Department of Law
Street and Apt. No., or PO Box No.
One Public Square, Suite 108, Metropolitan Courthouse
City, State, ZIP+4®
Nashville, Tennessee 37201

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| | |
|---|---|
| Daniel Nelson _____ ) ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:25-cv-00604 |
| Sheila D. Ferguson, in the care of ) | |
| Supervisor or Principal of City of Nashville/Davidson Co) | |
| *Defendant* et al. ) | |

**FILED** 2025 AUG 29 PM 12:37 U.S. DISTRICT COURT MIDDLE DISTRICT OF TN

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

D.C.S.O.'s Sheila D. Ferguson's Supervisor or Principal in the care of City of Nashville/Davidson County, et al
108 Metropolitan Courthouse
Nashville, Tennessee, 37219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Nelson
c/o 73 White Bridge Road
Suite 103-167
Nashville, Tennessee, [37205]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/14/25 _____

_____
*Signature of Clerk or Deputy Clerk*

## RETURN COPY

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Mail Restricted Delivery
tracking number 9589 0710 5270 1982 4379 66 .
Nashville/Davidson Co. Department of Law served on behalf of
Sheila D. Ferguson, officer or employee of D.C.S.O.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 18th, 2025 _____ *Qal'Nelson*
_____ *Server's signature*

Daniel: Nelson, Plaintiff Pro Se
*Printed name and title*

c/o 73 White Bridge Road
Suite 103-167
Nashville, Tennessee, [37205]
*Server's address*

Additional information regarding attempted service, etc:

n/a

# USPS Tracking®

Tracking Number:

Remove ✕

## 9589071052701982437966

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 7:28 am on August 26, 2025 in NASHVILLE, TN 37219.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**

NASHVILLE, TN 37219
August 26, 2025, 7:28 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates                                          ∨

USPS Tracking Plus®                                          ∨

Product Information                                          ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers


## UNITED STATES
## POSTAL SERVICE.

CHURCH STREET
1718 CHURCH ST
NASHVILLE, TN 37203-9998
www.usps.com

08/18/2025                          08:06 AM
-------------------------------------------
          TRACKING NUMBERS
      9589 0710 5270 1982 4379 66
-------------------------------------------
  TRACK STATUS OF ITEMS WITH THIS CODE
             (UP TO 25 ITEMS)



-------------------------------------------
      TRACK STATUS BY TEXT MESSAGE
   Send tracking number to 28777 (2USPS)
   Standard message and data rates may apply
-------------------------------------------
          TRACK STATUS ONLINE
   Visit https://www.usps.com/tracking
      Text and e-mail alerts available
-------------------------------------------
           PURCHASE DETAILS
-------------------------------------------
Product            Qty   Unit      Price
                         Price
-------------------------------------------
First-Class Mail®   1              $2.17
Large Envelope
    Nashville, TN 37201
    Weight: 0 lb 2.10 oz
    Estimated Delivery Date
    Wed 08/20/2025
    Certified Mail®                $5.30
       Tracking #:
          9589 0710 5270 1982 4379 66
    Return Receipt                 $4.40
       Tracking #:
          9590 9402 9263 4295 2062 37
Total                             $11.87
-------------------------------------------
Grand Total:                      $11.87
-------------------------------------------
Credit Card Remit                 $11.87
    Card Name: VISA
    Account #: XXXXXXXXXXXXX8226
    Approval #: 090638
    Transaction #: 711
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Not Required
-------------------------------------------

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

-------------------------------------------

UFN: 476161-0213
Receipt #: 840-53700838-1-6858864-2
Clerk: 05



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Nashville, TN 37201

Certified Mail Fee  $5.30
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☑ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage     $2.17
$
Total Postage and Fees
$
Sent To Supervisor Department of Law
Street and Apt. No., or PO Box No. One Public Square, Suite 108, Metropolitan Courthouse
City, State, ZIP+4® Nashville, Tennessee, 37201

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Daniel Nelson
c/o 73 WhiteBridge Road, Suite 103-167
Nashville, Tennessee, [37205]

To: Supervisor, Department of Law
One Public Square, Suite 108
Metropolitan Courthouse
Nashville, Tennessee, 37201



CERTIFIED MAIL®

9589 0710 5270 1982 4379 66

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of Law
Supervisor
One Public Square, Suite 108
Metropolitan Courthouse
Nashville, Tennessee, 37201

9590 9402 9263 4295 2062 37

2. Article Number (Transfer from service label)

9589 0710 5270 1982 4379 66

PS Form 3811, July 2020 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt