IN THE UNITED STATES DISTRICT COURT

FOR THE TENNESSEE MIDDLE DISTRTICT

NASHVILLE DIVISON ("Court")

| | | |
|---|---|---|
| DANIEL NELSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:25-cv-00604 |
| CITY OF NASHVILLE - COUNTY | ) | |
| OF DAVIDSON, et al., | ) | Judge Trauger |
| Defendants. | ) | Magistrate Judge Holmes |

### Fulfillment of Rule 4 of the Federal Rules of Civil Procedure - Serving Defendants

To Whom This May Concern,

    Plaintiff Daniel Nelson files this Status Report to document with the Court that all listed Defendants in initial filing dated June 02, 2025, have been served or have waived service:

    1. Defendant Damien T. Manning returned to Plaintiff via United States Postal Service First Class Mail executed Form AO399, which the original document, article, or instrument was delivered to the Court on July 14, 2025, copy included herein.

    2. Defendant Velika T. Pierce returned via United States Postal Service First-Class Mail executed Form AO399 Waiver of the Service of Summons dated August 09, 2025, original autographed/signed/executed paper included herein.

    3. Defendant Sheila D. Ferguson's Return Copy of Summons is included herein.

    4. Defendant City of Nashville/County of Davidson's Return Copy of Summons is included herein.

Respectfully,

PLAINTIFF

*Daniel Nelson*

Daniel Nelson for DANIEL NELSON

Page 2 of 2.