IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **DANIEL NELSON** ) | |
| ) | |
| v. ) | Case No. 3:25-cv-00604 |
| ) | Trauger/Holmes |
| **CITY OF NASHVILLE – COUNTY OF** ) | |
| **DAVIDSON** *et al.* ) | |

# O R D E R

In lieu of an answer, Defendants Metro Nashville, Vaelika Pierce, and Damien Manning have filed a motion (Docket Entry No. 15) to dismiss this case.[1] The deadline for Plaintiff to file a response to the motion to dismiss is **October 14, 2025**. Plaintiff's response shall not exceed twenty-five (25) pages. Defendants shall have **fourteen (14) days** after Plaintiff's response to file a reply, which shall not exceed five (5) pages. No sur-reply from Plaintiff is permitted.

Plaintiff is cautioned that the failure to file a timely response may result in the motion being granted and in the dismissal of this case. Plaintiff is further cautioned that, to the extent that Defendants' motion challenges the sufficiency of the factual allegations that are set out in Plaintiff's complaint, Plaintiff may not add to those factual allegations by making new or additional factual allegations in his response to the motion to dismiss. *See Johnson v. Metro Gov't of Nashville & Davidson Cnty.*, 502 F. Appx 523, 542 (6th Cir. 2012) (In ruling on a motion to dismiss, "The court may not ... take into account additional facts asserted in a memorandum

---

[1] Defendant Shiela Ferguson, who Defendants state has not been served with process in this case, is not a part of the motion.

opposing the motion to dismiss, because such memoranda do not constitute pleadings under Rule 7(a)").

It is **SO ORDERED**.

_____
BARBARA D. HOLMES
United States Magistrate Judge