IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION ("the Court")

| | | |
|---|---|---|
| DANIEL NELSON, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No. 3:25-cv-00604 |
| CITY OF NASHVILLE - COUNTY OF | ) | |
| DAVIDSON, et al., | ) | Judge Trauger |
|     Defendants. | ) | Magistrate Judge Holmes |

**Plaintiff's Motion for Extension Request**

**for Plaintiff's Response to Docket Entry No. 15: Defendant's Motion to Dismiss**

**and**

**Motion to Amend Initial Complaint**

    Plaintiff Daniel Nelson expresses gratitude to the Court for agreeing to hear Plaintiff's charges against the Defendants.

    Plaintiff Daniel Nelson respectfully requests an additional thirty (30) days to extend Docket Entry No. 16's date of October 14th, 2025 (extending Response due date to November 13th, 2025), to file a response to Defendant's Motion to Dismiss (Docket No. 15)

1

due to:

1.) Plaintiff is preparing, as a Plaintiff Pro Se currently without counsel, an amended complaint that will address the deficiencies identified in the Motion to Dismiss (Docket No. 15).

2.) The proposed response to Defendant's Motion to Dismiss and the proposed amendment would cure the pleading defects cited by Defendant, making briefing on the current motion wasteful of judicial resources.

3.) The proposed November 13th, 2025, Response and the proposed amendment would add new parties, claims, and factual allegations that render the pending motion inapplicable or insufficient to the amended pleading.

4.) The proposed amendment would cure the current Motion to Dismiss' statement that no claim has been stated on which relief can be provided.

5.) The proposed amendment would cure the current Motion to Dismiss' statement that Defendants have qualified immunity.

6.) The defendant will then need to file a new motion directed at amended complaint.

7.) Plaintiff's proposed amended complaint is critical or instrumental to Plaintiff's

2

seeking any spirit of justice or remedy.

Plaintiff respectfully requests leave to amend the initial filed complaint and submit said proposed amended complaint by November 13th, 2025.

Plaintiff has e-mailed Defendants at the following e-mail addresses alerting Defendants of this Motion to Amend and Motion for Extention request:

benjamin.puckett@nashville.gov; brook.fox@nashville.gov;

joshua.furnier@nashville.gov; legaladmins@nashville.gov.

Plaintiff expresses gratitude for the Court's consideration and Defendant's consideration.

Respectfully submitted.  I ask for this,

*/s/Daniel Nelson*

Print: Daniel Nelson, Plaintiff Pro Se

c/o 73 White Bridge Road, Suite 103-167, Nashville, Tennessee

dnels1@vt.edu

202-681-8223

[End Motion]