IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| DANIEL NELSON | ) | |
| Plaintiff, | ) | No. 3:25-cv-00604 |
| v. | ) | Judge Trauger |
| CITY OF NASHVILLE – COUNTY OF | ) | Magistrate Judge Holmes |
| DAVIDSON, et al., | ) | |
| Defendants. | ) | |

**PLAINTIFF'S REQUEST FOR CORRECTION TO**

**CLERK OF COURT'S SPELLING OF DEFENDANT VELIKA T. PIERCE'S NAME**

**AS LISTED ON COURT'S SYSTEMS AND ON COURT'S DOCKET**

Plaintiff Daniel Nelson respectfully requests of the Court that the Court or Clerk of the Court please correct Defendant Velika T. Pierce's name as it appears on the Court's Pacer.gov system or as it is listed online for this case No. 3:25-cv-00604.

"Velika T. Pierce" is the correct spelling and it appears that a data entry error was inadvertently made after the June 2nd, 2025, filing of the initial complaint.

The defendant's first name is currently spelled incorrectly as "Vaelika". The correct spelling is "Velika" according to:

1

1. Defendant's redacted County of Davidson Personnel File which includes a redacted photocopy of Defendant's Tennessee driver's license and redacted copy of Defendant's United States social security card. (see included "Exhibit A"),

2. This case's June 2nd, 2025, initial complaint,

and,

3. Inmate records from the period May 21st through June 6th, 2024, which were provided as a result of a County of Davidson Records Request.

4. The waiver of process service form executed by the Defendants.

                                                    Respectfully submitted.  I ask for this,

                                                            */s/Daniel Nelson*

                                                      Daniel Nelson, Plaintiff Pro Se

                                                      202-681-8223

                                                      dnels1@vt.edu

**Exhibit A**: next page (on page 4)



