IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **DANIEL NELSON** ) | |
| ) | |
| v. ) | Case No. 3:25-cv-00604 |
| ) | Trauger/Holmes |
| **CITY OF NASHVILLE – COUNTY OF** ) | |
| **DAVIDSON** *et al.* ) | |

**O R D E R**

For the reasons set forth below:

1. Plaintiff's motion (Docket Entry No. 17) is **GRANTED** to the extent that he requests an extension of time to make a filing in response to the motion to dismiss;

2. Defendants' motion to dismiss (Docket Entry No. 15) is **TAKEN UNDER ADVISEMENT** pending further proceedings in the case;

3. Plaintiff's motion (Docket Entry No. 19) to correct the spelling of the name of Defendant Velika T. Peirce on the docket is **GRANTED**. The Clerk is directed to correct this Defendant's name on the listing on the parties on the docket.

In lieu of an answer, Defendants Metro Nashville, Velika Pierce, and Damien Manning filed the pending motion to dismiss the complaint.[1] By his current motion (Docket Entry No. 17), Plaintiff requests an extension until November 14, 2025, to respond to the motion and indicates that he plans to amend his complaint in response to the motion to dismiss, thereby mooting the motion to dismiss. In a response to Plaintiff's motion, Defendants assert that they generally do not oppose the requested extension. However, they point out that Plaintiff's request

---

[1] Defendant Shiela Ferguson, who Defendants state has not been served with process in this case, is not a part of the motion.

to amend does not comply with the requirements of Local Rule 15.01(a)(1), and they assert that they do not agree to any type of proposed amendment without first having the opportunity to object to the proposed amendment.

Given the above, Plaintiff is granted until November 14, 2025, to either file a response to the motion to dismiss or file a motion for leave to amend his complaint. If a motion to amend is filed, the motion shall comply with Local Rule 15.01(a)(1)'s requirement that the motion "[d]escribe the reasons supporting the proposed amendments and the substance of the amendments sought, and include as an appended exhibit the signed proposed amended pleading." Plaintiff is also advised that the Court will not permit frivolous or futile claims to be amended into this case and that, based upon the Court's initial review of the original complaint, the Court will not permit the expansion of this case to include unnecessary defendants given what appear to be a fairly narrow set of underlying facts.

The Court will enter a further order once Plaintiff has taken action with respect to his November 14, 2025, deadline and the directives of this Order.

So **ORDERED**.

**Signed By:**
***J. Gregory Wehrman***
**United States Magistrate Judge**

2

Case 3:25-cv-00604    Document 20    Filed 10/16/25    Page 2 of 2 PageID #: 66