IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| Daniel Nelson<br>Plaintiff,<br><br>v.<br><br>CITY OF NASHVILLE — COUNTY OF<br>DAVIDSON, *et al.*,<br>Defendants. | ) ) ) ) ) ) ) ) ) ) | No. 3:25-cv-00604<br>Trauger/Holmes/Wehrman<br><br>JURY DEMAND |

### Plaintiff's Response to Defendant's Motion to Dismiss (Docket Entry No. 15)

### Status Update: Plaintiff's Request for Leave to Amend Complaint

Plaintiff expresses appreciation to the Defendants and to Magistrate Judge Wehrman for not opposing Plaintiff's motion requesting extension to November 14, 2025, for responding to Defendant's Motion to Dismiss (Docket Entry No. 15).

Plaintiff expresses appreciation to the Defendants and to Magistrate Judge Wehrman for not opposing Plaintiff's motion requesting amendment to his complaint so long as it complies with the requirements of Local Rule 15.01(a)(1).

### Response to Defendant's Motion to Dismiss (Docket Entry No. 15):

Plaintiff responds here to Defendant's Motion to Dismiss (Docket Entry No. 15) and states that Plaintiff opposes Footnote No. 1 in Defendant's Motion to Dismiss (Docket Entry No. 15). Docket No. 11 was filed August 29, 2025, containing the Return Copy of properly completed form AO 440 (Summons in a Civil Action Pages 1 and 2) which provides Proof of Service that is a compliant fulfillment of Rule 4 of the Federal Rules of Civil Procedure. Page 6 through 10 of Docket No. 11 specifically shows Sheila D. Ferguson's ("Ferguson") Supervisor or Principal receiving Service of Process via United States Postal Service ™ Restricted Certified Mail tracking number 9589 0710 5270 1982 4379 66 at the street address of the City of Nashville's city attorney as shown at URL https://www.nashville.gov/departments/law (with copy of the Restricted Certified Mail Receipt included in Docket No. 11 showing a "Delivered" status). Defendant's Motion to Dismiss (Docket No. 15) does not state any basis or elaboration for Defendant's position as stated in Footnote No. 1. Ferguson's Personnel File released October 9th, 2025, (Exhibit A to this docket filing) as part of a fulfillment of a Records Request dated October 8th, 2025, shows a July 16, 2025, update stating that Ferguson is still active for Davidson County Sheriff's Office as a Correctional Officer under Direct Supervisor Marcus A. Fielden indicating that Tennessee Rule of Civil Procedure 4.04 was satisfied through the method of Service of Process as documented within Docket No. 11. Plaintiff requests the court rule on Docket No. 11's fulfillment for Service of Process for Ferguson's, 1.)Individual capacity as a Defendant, and, 2.)Official capacity as a Defendant.

Outside of Plaintiff's request that the Court determine the status of Ferguson's Service of Process, Plaintiff refrains from any further response to Defendant's Motion to Dismiss

(Docket No. 15) given an amended complaint would moot Defendant's Motion to Dismiss (Docket No. 15), as indicated by Magistrate Judge Wehrman on page one of his Order (Docket No. 20).

Status Update for Amended Complaint:

Plaintiff responds to Magistrate Judge Wehrman's statement on page two of his Order (Docket No. 20) to state that Plaintiff's amended complaint is not frivolous or futile and appreciates the court's willingness to consider granting leave to amend the complaint with Plaintiff's compliance with the requirements of Local Rule 15.01(a)(1).

Plaintiff's drafting of amended complaint is in process and Plaintiff requests leave of court to submit the amended complaint request within seven days of this filing by November 21, 2025, due to unexpected travel out-of-state to attend to both his elderly mother's care and elderly father's care as Plaintiff's elderly mother undergoes two surgeries on November 11 and November 18, 2025. Plaintiff's sibling was originally scheduled to attend to Plaintiff's elderly mother and father after elderly Mother's surgery but Plaintiff's sibling had a separate unexpected family situation occur forcing a sudden change of plans. Plaintiff was unexpectedly forced to travel to step in to provide elder care. Plaintiff respectfully requests that the Defendant invest no further resources until the amended complaint request is docketed next week by November 21, 2025. Plaintiff respectfully requests that the Court invest no further resources until the amended complaint request is docketed next week by November 21, 2025, save for Plaintiff's request to the Court for a determination of the status

3 of 4

Case 3:25-cv-00604    Document 21    Filed 11/14/25    Page 3 of 7 PageID #: 69

of Ferguson's Service of Process. Plaintiff thanks both the Court and the Defendants for their understanding during this sudden and unexpected obligation of Plaintiff's to travel and care for his elderly parents.

Respectfully submitted,

*Daniel Nelson*

Daniel Nelson, Plaintiff

c/o 73 White Bridge Road STE 103

Nashville, Tennessee

202-681-8223

dnels1@vt.edu

# HR Transaction Profile

**Employee Number:** 4002683
**Employee Name:** FERGUSON, SHEILA D.
**Effective Date:** 7/16/2025
**Activity Code / Description:** Return From Leave

**Exhibit A Page 1**

**Comments:**
Employees admin leave was reversed to IOD time per BG 7/16

The information below is current as of 7/21/2025 9:54:42 AM

| Field | Value | Field | Value |
|---|---|---|---|
| Business Unit | SHE DDC Offender Management - 30127100 | Full Time Equivalent: | 1 |
| Class Code: | Correctional Officer 2 | STD HRS Year: | 2184 |
| Date Of Last Raise: | 7/1/2025 | Pay Grade: | CO02 |
| Employment Status: | Full Time | Step: | 04 |
| OT Exempt: | N | Annual Salary: | $66,999.00 |
| HomeFund: | 10101 | Hourly Rate: | $30.68 |
| EEO Code: | Protective Service Workers | Next Increment Date: | 7/1/2026 |
| Position Status: | General Civil Service | Next Evaluation Date: | 7/1/2025 |
| Cont. Service Date: | 9/1/2021 | Next Evaluation Type: | Annual |
| Pay Status: | Active | Section A: | 2.6 |
| Pay Cycle Group: | Sheriffs Sworn | Section B: | 2.6 |
| Leave Begin Date: | 6/9/2025 | Section C: | 2 |
| Leave End Date: | 7/16/2025 | Longevity: | |
| Last Day Worked: | | Date Pay Stops: | |
| Pension Type: | | Term Leave Reason: | |
| CheckRoute: | 030DDC | | |
| Direct Supervisor | FIELDEN, MARCUS A. - 453521 | | |
| Date In Current Job | 7/1/2022 | | |

Signature: _____   Date: _____

# HR Transaction Profile

**Employee Number:** 4002683
**Employee Name:** FERGUSON, SHEILA D.
**Effective Date:** 6/9/2025
**Activity Code / Description:** Administrative Leave

**Exhibit A Page 2**

**Comments:**
Employee is placed on admin leave pending disciplinary.

The information below is current as of 6/10/2025 7:14:21 AM

| Field | Value | Field | Value |
|---|---|---|---|
| Business Unit | SHE DDC Offender Management - 30127100 | Full Time Equivalent: | 1 |
| Class Code: | Correctional Officer 2 | STD HRS Year: | 2184 |
| Date Of Last Raise: | 7/1/2024 | Pay Grade: | CO02 |
| Employment Status: | Full Time | Step: | 03 |
| OT Exempt: | N | Annual Salary: | $61,821.50 |
| HomeFund: | 10101 | Hourly Rate: | $26.37 |
| EEO Code: | Protective Service Workers | Next Increment Date: | 7/1/2025 |
| Position Status: | General Civil Service | Next Evaluation Date: | 7/1/2025 |
| Cont. Service Date: | 9/1/2021 | Next Evaluation Type: | Annual |
| Pay Status: | Admin Leave | Section A: | 2.6 |
| Pay Cycle Group: | Sheriffs Sworn | Section B: | 2.6 |
| Leave Begin Date: | 6/9/2025 | Section C: | 2 |
| Leave End Date: | | Longevity: | |
| Last Day Worked: | | Date Pay Stops: | |
| Pension Type: | | Term Leave Reason: | |
| CheckRoute: | 030DDC | | |
| Direct Supervisor | CONRAD, THOMAS A. - 551964 | | |
| Date In Current Job | 7/1/2022 | | |

Signature: _____    Date: _____

# HR Transaction Profile

**Exhibit A Page 3**

**Employee Number:** 4002683
**Employee Name:** FERGUSON, SHEILA D.
**Effective Date:** 3/31/2025
**Activity Code / Description:** Administrative Leave

**Comments:**
Employee is placed on Admin Leave pending disciplinary review.

The information below is current as of 4/1/2025 6:47:06 AM

| | | | |
|---|---|---|---|
| Business Unit | SHE DDC Offender Management - 30127100 | Full Time Equivalent: | 1 |
| Class Code: | Correctional Officer 2 | STD HRS Year: | 2184 |
| Date Of Last Raise: | 7/1/2024 | Pay Grade: | CO02 |
| Employment Status: | Full Time | Step: | 03 |
| OT Exempt: | N | Annual Salary: | $61,821.50 |
| HomeFund: | 10101 | Hourly Rate: | $26.37 |
| EEO Code: | Protective Service Workers | Next Increment Date: | 7/1/2025 |
| Position Status: | General Civil Service | Next Evaluation Date: | 7/1/2025 |
| Cont. Service Date: | 9/1/2021 | Next Evaluation Type: | Annual |
| Pay Status: | Admin Leave | Section A: | 2.6 |
| Pay Cycle Group: | Sheriffs Sworn | Section B: | 2.6 |
| Leave Begin Date: | 3/31/2025 | Section C: | 2 |
| Leave End Date: | | Longevity: | |
| Last Day Worked: | | Date Pay Stops: | |
| Pension Type: | | Term Leave Reason: | |
| CheckRoute: | 030DDC | | |
| Direct Supervisor | CONRAD, THOMAS A. - 551964 | | |
| Date In Current Job | 7/1/2022 | | |

Signature: _____    Date: _____

DCSO\baeverly                                                                                      4/1/2025 6:46:58 AM

Case 3:25-cv-00604    Document 21    Filed 11/14/25    Page 7 of 7 PageID #: 73