# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DANIEL NELSON | ) |
|     Plaintiff, | ) |
| v. | ) No. 3:25-cv-00604 |
| | ) Judge Trauger |
| CITY OF NASHVILLE – COUNTY OF DAVIDSON, *et al.*, | ) Magistrate Judge Holmes |
|     Defendants. | ) |

## METRO DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

Defendants Metro Nashville, Pierce, and Manning hereby reply in support of their motion to dismiss (Doc. No. 15). Plaintiff's recent filing (Doc. No. 21) does not comply with this Court's Order to either file a response to the motion to dismiss or file a motion for leave to amend his complaint (Doc. No. 20). Thus, the Court should strike or otherwise disregard that filing.

If, however, the Court construes that filing to be a request for an extension of time to file a motion for leave to amend, the Metro Defendants do not oppose a reasonable extension.

Furthermore, Plaintiff mistakenly believes that Ms. Ferguson has been served, but delivery to Metro's Department of Law does not constitute service upon Metro employees. As such, Ms. Ferguson has not been served.

As for the underlying motion to dismiss, Defendants respectfully request that their motion be granted, and this case be dismissed.

Respectfully submitted,

*/s/Benjamin A. Puckett*
J. Brooks Fox, #16096
Benjamin A. Puckett, #40042
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219-6300
(615) 862-6375
brook.fox@nashville.gov
benjamin.puckett@nashville.gov