IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| Daniel Nelson<br>Plaintiff, | ) <br> ) <br> ) | No. 3:25-cv-00604 |
| v. | ) <br> ) | Judge Trauger <br> Magistrate Judge Holmes |
| CITY OF NASHVILLE —<br>COUNTY OF DAVIDSON, *et al.*,<br>Defendants. | ) <br> ) <br> ) <br> ) | JURY DEMAND |

## PLAINTIFF'S REQUEST FOR LEAVE TO FILE SUR-REPLY

## TO DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

Plaintiff requests leave of the court to docket a sur-reply to respond to and oppose metro Defendant's position in Defendants' Reply (Docket No. 22) in Support of Defendants' Motion to Dismiss that Defendant Ferguson has not been served. Plaintiff asserts in his proposed Sur-Reply that Plaintiff has taken thorough measures for Service of Process for Ferguson. Please see Exhibit A included herein.

I ask for this,

*Daniel Nelson, Plaintiff*

c/o 73 White Bridge Road, STE 103

Nashville, Tennessee

202-681-8223    dnels1@vt.edu