

EXHIBIT 1
PAGE 1

FIRST-CLASS

Department of Law
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, TN 37219-6300





DEPARTMENT OF LAW
METROPOLITAN COURTHOUSE, SUITE 108
PO BOX 196300
NASHVILLE, TENNESSEE 37219-6300

D. Nelson
c/o 73 White Bridge Rd.
Suite 103-167
Nashville, TN 37205



# METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY

FREDDIE O'CONNELL
MAYOR

WALLACE W. DIETZ.
DIRECTOR OF LAW

DEPARTMENT OF LAW
METROPOLITAN COURTHOUSE, SUITE 108
P.O. BOX 196300
NASHVILLE, TENNESSEE 37219-6300
(615) 862-6341 • (615) 862-6352 FAX

July 28, 2025

*EXHIBIT 1*
*PAGE 2*

D. Nelson
c/o 73 White Bridge Rd.
Suite 103-167
Nashville, TN 37205

Re:  *Daniel Nelson v. Sheila D. Ferguson, et al.*
     Middle District of Tennessee Case No. 3:25-cv-00604

Dear Mr. Nelson,

The Metropolitan Department of Law is returning the service packet that was sent to Sheila D. Ferguson at her employer's (Davidson County Sheriff's Office's) address.  Sheila D. Ferguson is currently out on leave and the Sheriff's Office and the Department of Law have not been authorized to accept service on her behalf.

Sincerely,

Metropolitan Department of Law

Encl.

EXHIBIT 1
PAGE 3

U.S. POSTAGE PAID
FCM LG ENV
NASHVILLE, TN 37215
JUL 07, 2025

$10.99

S2324P502773-30

Retail

UNITED STATES POSTAL SERVICE

RDC 99

37219

9589 0710 5270 1947 4747 AU

CERTIFIED MAIL

M. D. Nelson
C/o 73 White Bridge Road
Suite 103-167
Nashville, Tennessee, [37205]

To: Sheila D. Ferguson

Thomas A. Conrad (S. D. Ferguson's Supervisor)

Nashville, Tennessee, [37219-6383]

Post office Box 196383

Nashville-Davidson County Sheriff's office

Nashville, Tennessee, [37219-6383]

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Sheila D. Ferguson
Thomas A. Conrad (Ferguson's Supervisor)
Post Office Box 196383
Nashville, Davidson Co. Sheriff's office
Nashville, Tennessee, [37219]

9590 9402 9263 4295 2062 51

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

**ALERT: SEVERE WEATHER, STORMS, AND FLOODING ALONG THE EAST COAST AND IN T...**

# USPS Tracking®

FAQs >



EXHIBIT 1
PAGE 4

Tracking Number:

Remove ✕

## 9589071052701982438284

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 6:18 am on July 8, 2025 in NASHVILLE, TN 37219.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
NASHVILLE, TN 37219
July 8, 2025, 6:18 am

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
July 7, 2025, 8:58 pm

**Departed Post Office**
NASHVILLE, TN 37215
July 7, 2025, 6:05 pm

**USPS in possession of item**
NASHVILLE, TN 37215
July 7, 2025, 7:48 am

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Case 3:25-cv-00604     Document 23-2     Filed 11/18/25     Page 4 of 63 PageID #: 86

**Text & Email Updates**                                        ⌄

**USPS Tracking Plus®**                                         ⌄

**Product Information**                                         ⌄

See Less ∧        EXHIBIT 1

                                                    PAGE 5

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

| FAQs |

Feedback


# UNITED STATES
# POSTAL SERVICE.

GREEN HILLS
1906 GLEN ECHO RD
NASHVILLE, TN 37215-9998
www.usps.com

07/07/2025                          07:49 AM

--------------------------------------------

TRACKING NUMBERS
9589 0710 5270 1982 4382 84

--------------------------------------------

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $2.04 |
| Large Envelope | | | |
| Nashville, TN 37219 | | | |
| Weight: 0 lb 2.40 oz | | | |
| Estimated Delivery Date | | | |
| Wed 07/09/2025 | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: | | | |
| 9589 0710 5270 1982 4382 84 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 9263 4295 2062 51 | | | |
| Total | | | $10.99 |

--------------------------------------------

Grand Total:                        $10.99

--------------------------------------------

Credit Card Remit                   $10.99
    Card Name: VISA
    Account #: XXXXXXXXXXXX8226
    Approval #: 084942
    Transaction #: 992
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Not Required

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



**EXHIBIT 1 PAGE 6**

or call 1-800-410-7420.

--------------------------------------------

UFN: 476158-0291
Receipt #: 840-53700157-1-7547818-2
Clerk: 30



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville, TN 37219

| Certified Mail Fee | $4.85 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☑ Return Receipt (hardcopy) | $4.10 | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☑ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.04 | |
| Total Postage and Fees | $10.99 | |

Postmark Here
07/07/2025

Sent To
S.D. Ferguson/T.A. Conrad/Nashville-Davidson Co.
Street and Apt. No., or PO Box No.    Sheriff's office
Post Office Box 196383
City, State, ZIP+4®
Nashville, Tennessee [37219]

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

METRO DEPT. OF LAW

Daniel Nelson )
*Plaintiff* )
)
v. ) Civil Action No. 3:25-cv-00604
)
Sheila D. Ferguson; Nashville/Davidson County, et al. )
*Defendant* )

EXHIBIT 1
PAGE 7-1

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Sheila D. Ferguson; City of Nashville/County of Davidson, et al.

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 07/07/2025

*Signature of the attorney or unrepresented party*

Daniel Nelson, Tennessee State Citizen
*Printed name*
c/o 73 White Bridge Road
Suite 103-167
Nashville, Tennessee, [37205]
*Address*

dnels1@vt.edu
*E-mail address*

202-681-8223
*Telephone number*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

*COPY*

Daniel Nelson )
*Plaintiff* )
v. ) Civil Action No. 3:25-cv-00604
Sheila D. Ferguson; Nashville/Davidson County, et al. ) *EXHIBIT 1*
*Defendant* ) *PAGE 7-2*

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Sheila D. Ferguson; City of Nashville/County of Davidson, et al.

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 07/07/2025

*D. Nelson*
*Signature of the attorney or unrepresented party*

Daniel Nelson, Tennessee State Citizen
*Printed name*
c/o 73 White Bridge Road
Suite 103-167
Nashville, Tennessee, [37205]
*Address*

dnels1@vt.edu
*E-mail address*

202-681-8223
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Daniel Nelson | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:25-cv-00604 |
| Sheila D. Ferguson; Nashville/Davidson County, et al. | ) |
| *Defendant* | ) |

*EXHIBIT 1*
*PAGE 8*

## WAIVER OF THE SERVICE OF SUMMONS

To: Daniel Nelson
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          07/07/2025          , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:

_____          _____
*Printed name of party waiving service of summons*          *Signature of the attorney or unrepresented party*

          *Printed name*

          *Address*

          *E-mail address*

          *Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

*EXHIBIT 1 PAGE 9*

FILED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

2025 JUN -2 AM 9: 51

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

Nashville Division

Daniel Nelson

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

–v–

City of Nashville-County of Davidson, D.C.S.O.
employee or officer Velika Pierce, D.C.S.O. employee
or officer D. Manning, D.C.S.O. employee or officer S.D.
Ferguson

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. 3:25-cv-0604 (KC)

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

EXHIBIT 1 PAGE 10

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Daniel Nelson, Tennessee State Citizen |
| Address | c/o 73 White Bridge Road |
| | Nashville  Tn  37205 |
| | *City*   *State*   *Zip Code* |
| County | Davidson County, Tennessee |
| Telephone Number | 202-681-8223 |
| E-Mail Address | dnels1@vt.edu |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Nashville/County of Davidson |
| Job or Title *(if known)* | |
| Address | 700 President Ronald Reagan Way, Davidson County Clerk |
| | Nashville  Tn  37210 |
| | *City*   *State*   *Zip Code* |
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-6050 |
| E-Mail Address *(if known)* | |

☑ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Velika Pierce |
| Job or Title *(if known)* | Case Manager, Davidson County Sheriff's Office |
| Address | 200 James Robertson Pkwy |
| | Nashville  Tn  37201 |
| | *City*   *State*   *Zip Code* |
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-7400 |
| E-Mail Address *(if known)* | |

☑ Individual capacity   ☑ Official capacity

EXHIBIT 1 PAGE 11

Defendant No. 3

| | |
|---|---|
| Name | D. Manning |
| Job or Title *(if known)* | Davidson County Sheriff's Office Officer |
| Address | 200 James Robertson Pkwy |

| Nashville | Tn | 37201 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-7400 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity    [✓] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | SD Ferguson |
| Job or Title *(if known)* | Davidson County Sheriff's Office Officer |
| Address | 200 James Robertson Pkwy |

| Nashville | Tn | 37201 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-7400 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity    [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ]    Federal officials (a *Bivens* claim)

[✓]    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? mistreatment of prisoner/inmate including but not limited to assault and violation of religious rights and freedom of religion

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

EXHIBIT 1 PAGE 12

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
- the assault was committed by Davidson County Sheriff's Office Officer D. Manning while D. Manning was exercising power given to him by a state or local government.
- the violation of religious rights and violation of religious freedom was committed by Davidson County Sheriff's Office Case Manager Velika Pierce and Officer SD Ferguson while they each separately were exercising power given to them by a state or local government.

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
200 James Robertson Pkwy, Nashville, Tennessee, Davidson County

B.  What date and approximate time did the events giving rise to your claim(s) occur?
continuous mistreatment each and every day of detainment beginning on May 21, 2024 through release on June 06, 2024. during this period, assault and violation of religious freedom/violation of religious rights was committed.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
1. assault committed by D.C.S.O. Officer D. Manning. complaint filed while in detention - record of complaint/grievance has gone missing. Notice(s) given...
2. violation of religious rights/violation of religious freedom by D.C.S.O. Case Manager Velika Pierce - records documenting actions partially released, still awaiting full fulfillment, Notice(s) given...
3. violation of religious rights/violation of religious freedom by D.C.S.O. Officer SD Ferguson, records documenting actions released including a falsified record created by SD Ferguson.

numerous notices have been sent via USPS Certified Mail and via e-mail messages to Sheriff Daron Hall and Velika Pierce, and D.C.S.O. Legal staff/counsel, advising that inmate records releases were incomplete and documents/records are MISSING. NOTICE given in the nature of Cease and Desist any spoliation. records/documents still missing, agency very uncooperative in producing records, I respectfully request any due tolling in determining statue of limitations - I request all charges heard.

EXHIBIT 1 PAGE 13

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
injuries did occur to be reviewed by the court/jury.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
damages are being sought in an amount to be determined by the jury/court.

EXHIBIT 1 PAGE 14

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        06/02/2025

Signature of Plaintiff        *All Rights Reserved and rights reserved Dhil: Nelson*

Printed Name of Plaintiff        Daniel:Nelson, Tennessee State Citizen

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address



EXHIBIT I PAGE 15

200 James Robertson PKWY
Nashville, Tennessee, [37201]

To: D. Nelson
c/o 73 White Bridge Road
Suite 103-167
Nashville, Tennessee, [37205]

copy of self-addressed stamped
envelope to Sheila D. Ferguson

U.S.P.S. Certified Mail tracking #9589 0710 5270 1982 4382 84

EXHIBIT 2 PAGE 1

DEPARTMENT OF LAW
METROPOLITAN COURTHOUSE, SUITE 108
PO BOX 196300
NASHVILLE, TENNESSEE 37219-6300



Daniel Nelson
c/o 73 White Bridge Road
Suite 103-167
Nashville, TN 37205



**METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY**

FREDDIE O'CONNELL
MAYOR

WALLACE W. DIETZ.
DIRECTOR OF LAW

DEPARTMENT OF LAW
METROPOLITAN COURTHOUSE, SUITE 108
P.O. BOX 196300
NASHVILLE, TENNESSEE 37219-6300
(615) 862-6341 • (615) 862-6352 FAX

EXHIBIT 2 PAGE 2

August 28, 2025

Daniel Nelson
c/o 73 White Bridge Rd.
Suite 103-167
Nashville, TN 37205

      Re:    *Daniel Nelson v. Sheila D. Ferguson, et al.*
            Middle District of Tennessee Case No. 3:25-cv-00604

Dear Mr. Nelson,

    The Metropolitan Department of Law is returning the service packet that was sent to our office addressed to Sheila D. Ferguson. As previously stated in our July 28, 2025 letter to you, the Department of Law has not been authorized to accept service on her behalf.

                        Sincerely,

                        Metropolitan Department of Law

Encl.

U.S. POSTAGE PAID
FCM LG ENV
NASHVILLE, TN 372[?]
AUG 18, 2025

**$11.87**

S2324W500518-05

37201

*Retail*

RDC 99

**CERTIFIED MAIL®**

EXHIBIT 2 PAGE 3

9589 0710 5270 1982 4379 66

Daniel Nelson
6673 White Bridge Road, Suite 103-167
Nashville, Tennessee, [37205]

To: Supervisor, Department of Law
One Public Square, Suite 108
Metropolitan Courthouse
Nashville, Tennessee, 37201

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of Law
Supervisor
One Public Square, Suite 108
Metropolitan Courthouse
Nashville, Tennessee, 37201

9590 9402 9263 4295 2062 37

2. Article Number (Transfer from service label)
9589 0710 5270 1982 4379 66

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below.        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**RETURN RECEIPT REQUESTED**

# USPS Tracking®

FAQs >

*EXHIBIT 2 PAGE 4*

**Tracking Number:**

Remove ✕

## 958907105270 1982437966

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 7:28 am on August 26, 2025 in NASHVILLE, TN 37219.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

Delivered, Individual Picked Up at Post Office
NASHVILLE, TN 37219
August 26, 2025, 7:28 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

## Text & Email Updates                                                    ⌄

## USPS Tracking Plus®                                                      ⌄

## Product Information                                                      ⌄

## See Less ⌃

Track Another Package

> Enter tracking or barcode numbers

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=9589071052701982437966%2C        1/2

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

EXHIBIT 2 PAGE 5

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Department of Law
Supervisor
One Public Square, Suite 108
Metropolitan Courthouse
Nashville, Tennessee, 37201

9590 9402 9263 4295 2062 37

**2. Article Number (Transfer from service label)**

9589 0710 5270 1982 4379 66

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature**

X ☐ Agent ☐ Addressee

**B. Received by (Printed Name)** **C. Date of Delivery**

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
- ☐ Adult Signature
- ☑ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☑ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at www.usps.com®.

9589 0710 5270 1982 4379 66

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☑ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☑ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Postmark Here

Sent To Supervisor, Department of Law
Street and Apt. No., or PO Box No. One Public Square, Suite 108, Metropolitan Courthouse
City, State, ZIP+4® Nashville, Tennessee, 37201

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**EXHIBIT 2 PAGE 6**

---

## USPS TRACKING #

9590 9402 9263 4295 2062 37

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Daniel Nelson
c/o 73 White Bridge Road
Suite 103-167
Nashville, Tennessee, 37205

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

EXHIBIT 2 PAGE 7

| Daniel Nelson | ) |
|---|---|
| *Plaintiff* | ) |
|  | ) |
| Sheila D. Ferguson, in the care of | ) Civil Action No. 3:25-cv-00604 |
| Supervisor or Principal of City of Nashville/Davidson Co et al.) | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

D.C.S.O.'s Sheila D. Ferguson's Supervisor or Principal
in the care of City of Nashville/Davidson County, et al
108 Metropolitan Courthouse
Nashville, Tennessee, 37219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Nelson
c/o 73 White Bridge Road
Suite 103-167
Nashville, Tennessee, [37205]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/14/25

*Signature of Clerk or Deputy Clerk*

SERVICE COPY

*U.S.P.S. Certified Mail Restricted Delivery, tracking number 9589 0710 5270 1982 4379 66*

Civil Action No.

**EXHIBIT 2 PAGE 8**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sheila D. Ferguson in the care of Nashville/Davidson Co.
was received by me on *(date)* August 14, 2025.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Certified Mail Restricted Delivery
tracking number 9589 0710 5270 1982 4379 66
Nashville/Davidson Department of Law served on behalf of Sheila
D. Ferguson, officer or employee of D.C.S.O.
My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: August 18th, 2025          _____
                                         *Server's signature*

                            Daniel : Nelson, Plaintiff Pro Se
                                  *Printed name and title*

                            c/o 73 White Bridge Road
                               Suite 103-167
                            Nashville, Tennessee, [37205]
                                  *Server's address*

Additional information regarding attempted service, etc:

                    n/a

EXHIBIT 2 PAGE 9

COPY    FILED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

2025 JUN -2  AM 9: 51

# UNITED STATES DISTRICT COURT

## for the

## Middle District of Tennessee

### Nashville Division

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

|  |  |
|---|---|
| Daniel Nelson | Case No. 3:25-cv-0604 (KC) |
| | *(to be filled in by the Clerk's Office)* |

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☑Yes  ☐No

–v–

City of Nashville-County of Davidson, D.C.S.O. employee or officer Velika Pierce, D.C.S.O. employee or officer D. Manning, D.C.S.O. employee or officer S.D. Ferguson

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

EXHIBIT 2 PAGE 10

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Daniel Nelson, Tennessee State Citizen |
| Address | c/o 73 White Bridge Road |

| | | |
|---|---|---|
| Nashville | Tn | 37205 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Davidson County, Tennessee |
| Telephone Number | 202-681-8223 |
| E-Mail Address | dnels1@vt.edu |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Nashville/County of Davidson |
| Job or Title *(if known)* | |
| Address | 700 President Ronald Reagan Way, Davidson County Clerk |

| | | |
|---|---|---|
| Nashville | Tn | 37210 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-6050 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Velika Pierce |
| Job or Title *(if known)* | Case Manager, Davidson County Sheriff's Office |
| Address | 200 James Robertson Pkwy |

| | | |
|---|---|---|
| Nashville | Tn | 37201 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-7400 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

EXHIBIT 2 PAGE 11

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | D. Manning |
| Job or Title (if known) | Davidson County Sheriff's Office Officer |
| Address | 200 James Robertson Pkwy |
| | Nashville |

| Nashville | | Tn | | 37201 |
|---|---|---|---|---|
| City | | State | | Zip Code |

| | |
|---|---|
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-7400 |
| E-Mail Address (if known) | |

[✓] Individual capacity   [✓] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | SD Ferguson |
| Job or Title (if known) | Davidson County Sheriff's Office Officer |
| Address | 200 James Robertson Pkwy |

| Nashville | | Tn | | 37201 |
|---|---|---|---|---|
| City | | State | | Zip Code |

| | |
|---|---|
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-7400 |
| E-Mail Address (if known) | |

[✓] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? mistreatment of prisoner/inmate including but not limited to assault and violation of religious rights and freedom of religion

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal

EXHIBIT 2 PAGE 12

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

- the assault was committed by Davidson County Sheriff's Office Officer D. Manning while D. Manning was exercising power given to him by a state or local government.
- the violation of religious rights and violation of religious freedom was committed by Davidson County Sheriff's Office Case Manager Velika Pierce and Officer SD Ferguson while they each separately were exercising power given to them by a state or local government.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?
200 James Robertson Pkwy, Nashville, Tennessee, Davidson County

B.   What date and approximate time did the events giving rise to your claim(s) occur?
continuous mistreatment each and every day of detainment beginning on May 21, 2024 through release on June 06, 2024. during this period, assault and violation of religious freedom/violation of religious rights was committed.

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
1. assault committed by D.C.S.O. Officer D. Manning. complaint filed while in detention - record of complaint/grievance has gone missing. Notice(s) given...
2. violation of religious rights/violation of religious freedom by D.C.S.O. Case Manager Velika Pierce - records documenting actions partially released, still awaiting full fulfillment, Notice(s) given...
3. violation of religious rights/violation of religious freedom by D.C.S.O. Officer SD Ferguson, records documenting actions released including a falsified record created by SD Ferguson.

numerous notices have been sent via USPS Certified Mail and via e-mail messages to Sheriff Daron Hall and Velika Pierce, and D.C.S.O. Legal staff/counsel, advising that inmate records releases were incomplete and documents/records are MISSING. NOTICE given in the nature of Cease and Desist any spoliation, records/documents still missing, agency very uncooperative in producing records, I respectfully request any due tolling in determining statue of limitations - I request all charges heard.

EXHIBIT 2 PAGE 13

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. injuries did occur to be reviewed by the court/jury.

V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims. damages are being sought in an amount to be determined by the jury/court.

EXHIBIT 2 PAGE 14

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          06/02/2025

Signature of Plaintiff     *All Rights Reserved and rights reserved Daniel: Nelson*
Printed Name of Plaintiff  Daniel:Nelson, Tennessee State Citizen

### B. For Attorneys

Date of signing:          _____

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
                           _____
                           _____
                           City          State     Zip Code
Telephone Number           _____
E-mail Address             _____

Ison
White Bridge Rd.
03-167
y Tennessee, [37205]

EXHIBIT 3 PAGE 1

Sheila D. Ferguson
636 Miles Ct.
Clarksville, Tennessee, [37042]

UTF

NIXIE        400      48 18CU                      0208/01/25
         NOT DELIVERABLE AS ADDRESSED
BC:              UNABLE TO FORWARD
37210534973
                 2047N212215-00085

FERG636     400    5C 18CUN    C0207/23/25
UNABLE TO FORWARD/FOR    REVIEW**********
BC:
37042999955 DU2047N204155-00558



Retail



RDC 99

37042

$2.04

S2324A502625-10

U.S. POSTAGE PAID
FCM LG ENV
NASHVILLE, TN 37212
JUL 11, 2025

FWD



**UNITED STATES POSTAL SERVICE®**

ACKLEN
2006 ACKLEN AVE
NASHVILLE, TN 37212-9998
www.usps.com

*EXHIBIT 3*
*PAGE 2*

07/11/2025                                    01:16 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| First-Class Mail® | 1 | | $2.04 |

Large Envelope
    Clarksville, TN 37042
    Weight: 0 lb 2.30 oz
    Estimated Delivery Date
    Mon 07/14/2025

Grand Total:                                  $2.04

Credit Card Remit                             $2.04
    Card Name: VISA
    Account #: XXXXXXXXXXXX8226
    Approval #: 041601
    Transaction #: 455
    AID: A0000000980840          Chip
    AL: US DEBIT
    PIN: Not Required

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 476157-0214
Receipt #: 840-53700155-1-5748194-2
Clerk: 10

*AO398 and AO399 sent to Sheila D. Ferguson July 11, 2025*

EXHIBIT 3 PAGE 3

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| Daniel Nelson | ) |
| *Plaintiff* | ) |
| v. | ) |
| Sheila D. Ferguson; Nashville/Davidson County, et al. | ) |
| *Defendant* | ) |

Civil Action No.   3:25-cv-00604

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Sheila D. Ferguson

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   07/11/2025

_____
*Signature of the attorney or unrepresented party*

DANIEL NELSON
*Printed name*

C/o 73 White Bridge Road
Suite 103-167
Nashville, Tennessee [37205]
*Address*

dnels1@vt.edu
*E-mail address*

202-681-8223
*Telephone number*

EXHIBIT 3 PAGE 4

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

COPY

| | | |
|---|---|---|
| Daniel Nelson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:25-cv-00604 |
| Sheila D. Ferguson; Nashville/Davidson County, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Sheila D. Ferguson

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within  30  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  07/11/2025

Daniel Nelson
*Signature of the attorney or unrepresented party*

DANIEL NELSON
*Printed name:*

C/o 73 White Bridge Road
Suite 103-167
Nashville, Tennessee [37205]
*Address*

dnels1@vt.edu
*E-mail address*

202-681-8223
*Telephone number*

EXHIBIT 3 PAGE 5

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Daniel Nelson<br>*Plaintiff*<br>v.<br>Sheila D. Ferguson; Nashville/Davidson County, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 3:25-cv-00604<br>) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Daniel Nelson
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____07/11/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

EXHIBIT 3 PAGE 6

c/o 73 White Bridge Rd.
103-167
Nashville, Tennessee, [37205]

D. Nelson
c/o 73 White Bridge Road
STE 103-167
Nashville, Tennessee, [37205]

S. addressed stamped
return envelope sent with #0398 and #0399
U.S.P.S. first class to sheila D. Ferguson July 11, 2025



EXHIBIT 3 PAGE 7

COPY   FILED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

2025 JUN -2  AM 9: 51

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Tennessee

Nashville Division

Daniel Nelson

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   3:25-cv-0604 (KC)

(to be filled in by the Clerk's Office)

Jury Trial:  (check one)   ☑ Yes   ☐ No

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

–v–

City of Nashville-County of Davidson, D.C.S.O.
employee or officer Velika Pierce, D.C.S.O. employee
or officer D. Manning, D.C.S.O. employee or officer S.D.
Ferguson

_____
Defendant(s)
(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Non-Prisoner Complaint)

---

#### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to
electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social
security number or full birth date; the full name of a person known to be a minor; or a complete financial account
number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any
other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in
forma pauperis.

---

EXHIBIT 3 PAGE 8

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Daniel Nelson, Tennessee State Citizen |
| Address | c/o 73 White Bridge Road |
| | Nashville     Tn     37205 |
| | *City*     *State*     *Zip Code* |
| County | Davidson County, Tennessee |
| Telephone Number | 202-681-8223 |
| E-Mail Address | dnels1@vt.edu |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | City of Nashville/County of Davidson |
| Job or Title *(if known)* | |
| Address | 700 President Ronald Reagan Way, Davidson County Clerk |
| | Nashville     Tn     37210 |
| | *City*     *State*     *Zip Code* |
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-6050 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Velika Pierce |
| Job or Title *(if known)* | Case Manager, Davidson County Sheriff's Office |
| Address | 200 James Robertson Pkwy |
| | Nashville     Tn     37201 |
| | *City*     *State*     *Zip Code* |
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-7400 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

EXHIBIT 3 PAGE 9

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | D. Manning |
| Job or Title *(if known)* | Davidson County Sheriff's Office Officer |
| Address | 200 James Robertson Pkwy |

| Nashville | Tn | 37201 |
|---|---|---|
| City | State | Zip Code |

| | |
|---|---|
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-7400 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity   [✓] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | SD Ferguson |
| Job or Title *(if known)* | Davidson County Sheriff's Office Officer |
| Address | 200 James Robertson Pkwy |

| Nashville | Tn | 37201 |
|---|---|---|
| City | State | Zip Code |

| | |
|---|---|
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-7400 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity   [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? mistreatment of prisoner/inmate including but not limited to assault and violation of religious rights and freedom of religion

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal

EXHIBIT 3 PAGE 10

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
- the assault was committed by Davidson County Sheriff's Office Officer D. Manning while D. Manning was exercising power given to him by a state or local government.
- the violation of religious rights and violation of religious freedom was committed by Davidson County Sheriff's Office Case Manager Velika Pierce and Officer SD Ferguson while they each separately were exercising power given to them by a state or local government.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
200 James Robertson Pkwy, Nashville, Tennessee, Davidson County

B. What date and approximate time did the events giving rise to your claim(s) occur?
continuous mistreatment each and every day of detainment beginning on May 21, 2024 through release on June 06, 2024. during this period, assault and violation of religious freedom/violation of religious rights was committed.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
1. assault committed by D.C.S.O. Officer D. Manning. complaint filed while in detention - record of complaint/grievance has gone missing. Notice(s) given...
2. violation of religious rights/violation of religious freedom by D.C.S.O. Case Manager Velika Pierce - records documenting actions partially released, still awaiting full fulfillment, Notice(s) given...
3. violation of religious rights/violation of religious freedom by D.C.S.O. Officer SD Ferguson, records documenting actions released including a falsified record created by SD Ferguson.

numerous notices have been sent via USPS Certified Mail and via e-mail messages to Sheriff Daron Hall and Velika Pierce, and D.C.S.O. Legal staff/counsel, advising that inmate records releases were incomplete and documents/records are MISSING. NOTICE given in the nature of Cease and Desist any spoliation. records/documents still missing, agency very uncooperative in producing records, I respectfully request any due tolling in determining statue of limitations - I request all charges heard.

EXHIBIT 3 PAGE 11

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. injuries did occur to be reviewed by the court/jury.

V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. damages are being sought in an amount to be determined by the jury/court.

EXHIBIT 3 PAGE 12

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____06/02/2025_____

Signature of Plaintiff _All Rights Reserved and rights reserved Dan'l Nelson_

Printed Name of Plaintiff _Daniel:Nelson, Tennessee State Citizen_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____

| | City | State | Zip Code |

Telephone Number _____

E-mail Address _____

EXHIBIT 4 PAGE 1

White Bridge Road
e 103-167
ile, Tennessee, [37205]

To: Sheila Denise Ferguson
636 Miles Ct.
Clarksville, Tennessee, [37042]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sheila Denise Ferguson

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

2. Article Number (Transfer from service label)
9589 0710 5270 1982 4382 41

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domes

**CERTIFIED MAIL**

9589 0710 5270 1982 4382 41



Retail
U.S. POSTAGE PAID
FCM LG ENV
NASHVILLE, TN 37215
JUL 07, 2025
$10.99
S2324P502773-30
RDC 99
37042

BC: 37042999955 DU2047N200201-021 93

**UNABLE TO FORWARD/FOR REVIEW**
FERG636   400   4C 1   N   C02O7/19/25
*****#####*

**NOT DELIVERABLE AS ADDRESSED**
**UNABLE TO FORWARD**
MANUAL PROC REQ   2047N23 7234-02201

**RETURN TO SENDER**
NIXIE   400   4C   1   00

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee **EXHIBIT 4 PAGE 2**

| | |
|---|---|
| Daniel Nelson<br>*Plaintiff* ) | |
| v. ) | Civil Action No. 3:25-cv-00604 |
| Sheila D. Ferguson; Nashville/Davidson County, et al. )<br>*Defendant* ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Sheila D. Ferguson; City of Nashville/County of Davidson, et al.

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 07/07/2025

*Signature of the attorney or unrepresented party*

Daniel Nelson, Tennessee State Citizen
*Printed name*
c/o 73 White Bridge Road
Suite 103-167
Nashville, Tennessee, [37205]
*Address*

dnels1@vt.edu
*E-mail address*

202-681-8223
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

*EXHIBIT 4*
*PAGE 3*
*COPY*

for the

Middle District of Tennessee

| | | |
|---|---|---|
| Daniel Nelson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:25-cv-00604 |
| Sheila D. Ferguson; Nashville/Davidson County, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Sheila D. Ferguson; City of Nashville/County of Davidson, et al.
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ___30___ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:     07/07/2025

*[signature]*
*Signature of the attorney or unrepresented party*

Daniel Nelson, Tennessee State Citizen
*Printed name*
c/o 73 White Bridge Road
Suite 103-167
Nashville, Tennessee, [37205]
*Address*

dnels1@vt.edu
*E-mail address*

202-681-8223
*Telephone number*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

*EXHIBIT 4*
*PAGE 4*

| | |
|---|---|
| Daniel Nelson | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:25-cv-00604 |
| Sheila D. Ferguson; Nashville/Davidson County, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Daniel Nelson
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____07/07/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**EXHIBIT 4 PAGE 5** (handwritten)

**FILED** (stamp)

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

Nashville Division (Nashville handwritten)

2025 JUN -2 AM 9:51 (stamp)

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN (stamp)

Daniel Nelson

Case No. 3:25-cv-0604 (KC)

(to be filled in by the Clerk's Office)

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Jury Trial: *(check one)* ☑Yes ☐No

–v–

City of Nashville-County of Davidson, D.C.S.O.
employee or officer Velika Plerce, D.C.S.O. employee
or officer D. Manning, D.C.S.O. employee or officer S.D.
Ferguson

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

EXHIBIT 4 PAGE 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Daniel Nelson, Tennessee State Citizen |
| Address | c/o 73 White Bridge Road |
| | Nashville · Tn · 37205 |
| | *City* · *State* · *Zip Code* |
| County | Davidson County, Tennessee |
| Telephone Number | 202-681-8223 |
| E-Mail Address | dnels1@vt.edu |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Nashville/County of Davidson |
| Job or Title *(if known)* | |
| Address | 700 President Ronald Reagan Way, Davidson County Clerk |
| | Nashville · Tn · 37210 |
| | *City* · *State* · *Zip Code* |
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-6050 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Velika Pierce |
| Job or Title *(if known)* | Case Manager, Davidson County Sheriff's Office |
| Address | 200 James Robertson Pkwy |
| | Nashville · Tn · 37201 |
| | *City* · *State* · *Zip Code* |
| County | Davidson County, Tennessee |
| Telephone Number | 615-862-7400 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

**EXHIBIT 4 PAGE 7**

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | D. Manning |
| Job or Title *(if known)* | Davidson County Sheriff's Office Officer |
| Address | 200 James Robertson Pkwy |

| | | |
|---|---|---|
| Nashville | Tn | 37201 |
| *City* | *State* | *Zip Code* |

County      Davidson County, Tennessee

Telephone Number      615-862-7400

E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | SD Ferguson |
| Job or Title *(if known)* | Davidson County Sheriff's Office Officer |
| Address | 200 James Robertson Pkwy |

| | | |
|---|---|---|
| Nashville | Tn | 37201 |
| *City* | *State* | *Zip Code* |

County      Davidson County, Tennessee

Telephone Number      615-862-7400

E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     ☐ Federal officials (a *Bivens* claim)

     ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? mistreatment of prisoner/inmate including but not limited to assault and violation of religious rights and freedom of religion

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?



EXHIBIT 4 PAGE 8

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
- the assault was committed by Davidson County Sheriff's Office Officer D. Manning while D. Manning was exercising power given to him by a state or local government.
- the violation of religious rights and violation of religious freedom was committed by Davidson County Sheriff's Office Case Manager Velika Pierce and Officer SD Ferguson while they each separately were exercising power given to them by a state or local government.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
200 James Robertson Pkwy, Nashville, Tennessee, Davidson County

B.  What date and approximate time did the events giving rise to your claim(s) occur?
continuous mistreatment each and every day of detainment beginning on May 21, 2024 through release on June 06, 2024. during this period, assault and violation of religious freedom/violation of religious rights was committed.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
1. assault committed by D.C.S.O. Officer D. Manning. complaint filed while in detention - record of complaint/grievance has gone missing. Notice(s) given...
2. violation of religious rights/violation of religious freedom by D.C.S.O. Case Manager Velika Pierce - records documenting actions partially released, still awaiting full fulfillment, Notice(s) given...
3. violation of religious rights/violation of religious freedom by D.C.S.O. Officer SD Ferguson, records documenting actions released including a falsified record created by SD Ferguson.

numerous notices have been sent via USPS Certified Mail and via e-mail messages to Sheriff Daron Hall and Velika Pierce, and D.C.S.O. Legal staff/counsel, advising that inmate records releases were incomplete and documents/records are MISSING. NOTICE given in the nature of Cease and Desist any spoliation. records/documents still missing, agency very uncooperative in producing records, I respectfully request any due tolling in determining statue of limitations - I request all charges heard.

EXHIBIT 4 PAGE 9

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
injuries did occur to be reviewed by the court/jury.

V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
damages are being sought in an amount to be determined by the jury/court.

*EXHIBIT 4 PAGE 10*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      06/02/2025

Signature of Plaintiff      *All Rights Reserved and rights reserved Dan'l:Nelson*

Printed Name of Plaintiff      Daniel:Nelson, Tennessee State Citizen

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number _____
E-mail Address _____

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sheila Denise Ferguson
636 Miles Ct.
Clarksville, Tennessee
[37042]

9590 9402 9263 4295 2062 68

2. Article Number (Transfer from service label)

9589 0710 5270 1982 4382 91

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   · If YES, enter delivery address below:      ☐ No

EXHIBIT 4 PAGE 11

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☑ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To   Sheila Denise Ferguson
Street and Apt. No., or PO Box No.
636 Miles Ct.
City, State, ZIP+4®
Clarksville, Tennessee [37042]

PS Form 3800, January 2023 PSN 7530-02-000-9047      See Reverse for Instructions

**CERTIFIED MAIL®** (vertical text along left side)
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

---

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sheila Denise Ferguson
636 Miles Ct.
Clarksville, Tennessee
[37042]

9590 9402 9263 4295 2062 68

2. Article Number (Transfer from service label)

9589 0710 5270 1982 4382 91

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery



EXHIBIT 4 PAGE 12

U.S.P.S. Certified Mail tracking #9589 0710 5270 1982 4382 91
copy of self-addressed self-stamped
envelope:
included to Sheila Denise Ferguson

c/o 73 White Bridge Road
Suite 103-167
Nashville, Tennessee, [37205]

To: D. Nelson
c/o 73 White Bridge Road
Suite 103-167
Nashville, Tennessee, [37205]

EXHIBIT 4 PAGE 13



**UNITED STATES POSTAL SERVICE**

GREEN HILLS
1906 GLEN ECHO RD
NASHVILLE, TN 37215-9998
www.usps.com

07/07/2025                    07:45 AM
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
TRACKING NUMBERS
9589 0710 5270 1982 4382 91

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



- - - - - - - - - - - - - - - - - - - - - - - - - - - -
TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
PURCHASE DETAILS
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $2.04 |
| Clarksville, TN 37042 | | | |
| Weight: 0 lb 2.40 oz | | | |
| Estimated Delivery Date | | | |
| Wed 07/09/2025 | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: | | | |
| 9589 0710 5270 1982 4382 91 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 9253 4295 2062 68 | | | |
| Total | | | $10.99 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -
Grand Total:                    $10.99
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
Credit Card Remit              $10.99
    Card Name: VISA
    Account #: XXXXXXXXXXXX8226
    Approval #: 084543
    Transaction #: 989
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Not Required
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

UFN: 476158-0291
Receipt #: 840-53700157-1-7547728-2
Clerk: 30



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Clarksville, TN 37042

| | |
|---|---|
| Certified Mail Fee $4.85 | 0291 |
| $4.10 | 30 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☑ Return Receipt (hardcopy) $0.00 | |
| ☐ Return Receipt (electronic) $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $0.00 | Here |
| ☑ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $2.04 | |
| Total Postage and Fees $10.99 | 07/07/2025 |

Sent To Sheila Denise Ferguson
Street and Apt. No., or PO Box No. 636 Miles Ct.
City, State, ZIP+4® Clarksville, Tennessee [37042]

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Tracking number (vertical): 9589 0710 5270 1982 4382 91

# USPS Tracking®

EXHIBIT 4 PAGE 14

**Tracking Number:**

**Remove ✕**

## 9589071052701982438291

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:58 am on October 20, 2025 in NASHVILLE, TN 37205.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

NASHVILLE, TN 37205
October 20, 2025, 11:58 am

**In Transit to Next Facility**

July 23, 2025

**Arrived at USPS Facility**

LOUISVILLE, KY 40221
July 14, 2025, 6:27 pm

**Forwarded**

CLARKSVILLE, TN
July 9, 2025, 3:41 pm

**Arrived at USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER
July 7, 2025, 8:58 pm

**Departed Post Office**

Feedback

NASHVILLE, TN 37215
July 7, 2025, 6:05 pm

**USPS in possession of item**

NASHVILLE, TN 37215
July 7, 2025, 7:44 am



EXHIBIT 4 PAGE 15

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

EXHIBIT 4 PAGE 16

**Tracking Number:**

**Remove** ✕

## 9589071052701982438291

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was forwarded to a different address at 3:41 pm on July 9, 2025 in CLARKSVILLE, TN. This was because of forwarding instructions or because the address or ZIP Code on the label was incorrect.

**Get More Out of USPS Tracking:**

     **USPS Tracking Plus®**

**Alert**
**Forwarded**
CLARKSVILLE, TN
July 9, 2025, 3:41 pm

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
July 7, 2025, 8:58 pm

**Departed Post Office**
NASHVILLE, TN 37215
July 7, 2025, 6:05 pm

**USPS in possession of item**
NASHVILLE, TN 37215
July 7, 2025, 7:44 am

Feedback

# USPS Tracking®

FAQs >

EXHIBIT 4 PAGE 17

Remove ✕

**Tracking Number:**

## 958907105270198 2438291

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:58 am on October 20, 2025 in NASHVILLE, TN 37205.

_____

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

NASHVILLE, TN 37205
October 20, 2025, 11:58 am

**In Transit to Next Facility**

July 23, 2025

**Arrived at USPS Facility**

LOUISVILLE, KY 40221
July 14, 2025, 6:27 pm

**Forwarded**

CLARKSVILLE, TN
July 9, 2025, 3:41 pm

**Arrived at USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER
July 7, 2025, 8:58 pm

**Departed Post Office**

Feedback

**Hide Tracking History**

EXHIBIT 4 PAGE 18

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

NASHVILLE, TN 37215
July 7, 2025, 6:05 pm

EXHIBIT 4 PAGE 19

**USPS in possession of item**
NASHVILLE, TN 37215
July 7, 2025, 7:44 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# EXHIBIT 5





[END EXHIBIT A]

Case 3:25-cv-00604     Document 23-2     Filed 11/18/25     Page 63 of 63 PageID #: 145