IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **DANIEL NELSON** ) | |
| ) | |
| v. ) | Case No. 3:25-cv-00604 |
| ) | Trauger/Holmes |
| **CITY OF NASHVILLE – COUNTY OF** ) | |
| **DAVIDSON** *et al.* ) | |

## O R D E R

Plaintiff's motion (Docket Entry No. 21) for an extension of time is **GRANTED**. The November 14, 2025, deadline for Plaintiff to either file a response to the motion to dismiss or file a motion for leave to amend his complaint is extended to December 1, 2025.

If a motion to amend is filed, the motion shall comply with Local Rule 15.01(a)(1)'s requirement that the motion "[d]escribe the reasons supporting the proposed amendments and the substance of the amendments sought, and include as an appended exhibit the signed proposed amended pleading." Plaintiff is also advised that the Court will not permit frivolous or futile claims to be amended into this case and that, based upon the Court's initial review of the original complaint, the Court will not permit the expansion of this case to include unnecessary defendants given what appear to be a fairly narrow set of underlying facts.

The Court will enter a further order once Plaintiff has taken action with respect to the December 1, 2025, deadline and the directives of this Order.

So **ORDERED**.

**Signed By:**

*J. Gregory Wehrman*
**United States Magistrate Judge**